# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENDA FAVORS, an individual,** | Case No. 5:14-cv-02487-JAK-DTB |
| Plaintiff, | **ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1 through 10, inclusive,** | **JS-6** |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff, GLENDA FAVORS, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

DATED: March 11, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE